# UNITED STATES SUPREME COURT.

THE CITY OF UTICA agt. G. CLARENCE CHURCHILL and others.

The judgment of the court of appeals in this case (*reported* 33 *N. Y. R.* 161), declaring that the shares of stockholders in the National Banks, organized under the act of congress of June 3d, 1864, are liable to unconditional state taxation, is *reversed* by the unanimous opinion of the supreme court of the United States, on the ground that the statute of the state of New York, passed March 9, 1865, authorizes a tax upon the stockholders in National Banks, *at a greater rate than upon shares in state banks.* (*This decision makes good law of the special term case of The People ex rel. Lincoln* agt. *The Assessors of the Town of Barton,* 29 *How. Pr. R.* 371, PARKER, J).

The United States court also *held,* that it was competent for the state to tax shares in National Banks, although the capital stock was invested in government securities.

Chief Justice CHASE, and Justices WAYNE and SWAYNE, *dissenting.*